```
                    UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NORTH CAROLINA
                          WESTERN DIVISION
-----------------------------------X
JOHN MCCOY,

                 Plaintiff,              Civil Action No.
                                         5:18-cv-00107-FL

         -against-

NORTH CAROLINA GOLF & TRAVEL, INC.,
SP FUTURES, LLC, and DENNIS WAYNE
CYPHERS,


                 Defendants.
-----------------------------------X
```

## ORDER FOR LEAVE TO FILE AMENDED COMPLAINT

THIS MATTER came to be considered by the Court pursuant to the Motion for Leave to File Amended Complaint filed by the Plaintiff in the above-captioned matter. The Court having considered the Motion and being fully advised of the premises, it is, therefore,

**ORDERED AND ADJUDGED:**

1. That the Motion for Leave to File Amended Complaint is and the same is hereby granted.

2. That the Amended Complaint attached to the afore-referenced Motion shall be deemed filed as of the date of this Order.

3. Defendant(s) already served with the Amended Complaint shall have twenty (20) days from the date of this Order in which to file a responsive pleading.

4. Defendant(s) who have filed a responsive pleading to the original Complaint need not file a further response to the Amended Complaint unless they wish to do so and their response shall stand over to the Amended Complaint. However, if they elect to file a response to the Amended Complaint they shall do so within twenty (20) days from the date of this Order.

5. Defendant(s) not yet served shall be served with the Amended Complaint as provided by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: 11/29/18

LOUISE W. FLANAGAN
United States District Judge